100 A.3d 538

IN THE MATTER OF CLIFFORD G. FRAYNE, AN ATTORNEY AT LAW (ATTORNEY NO. 013311975).

October 29, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 14–036, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **CLIFFORD G. FRAYNE** of **BRICK,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the

status of a matter), *RPC* 5.5(a)(1) (practicing law while ineligible), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **CLIFFORD G. FRAYNE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.